O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIOCELINA ABAZAN SOSA, an individual, | ) Case No. CV 09-08335 DDP (RCx) ) |
| Plaintiff, | ) **Order Granting (1) Defendant Just** ) **Mortgage, Inc.'s Motion to** |
| v. | ) **Dismiss (Dkt. No. 36); and (2)** ) **Defendant OneWest Bank, FSB's** ) **Motion to Dismiss (Dkt. No. 38)** |
| JUST MORTGAGE, INC., a California corporation; INDYMAC BANK, F.S.B., ONEWEST BANK, F.S.B., | ) ) ) [Motions filed on July 8 & 15, ) 2010] |
| Defendants. | |

   Presently before the Court is Defendant Just Mortgage, Inc.'s Motion to Dismiss Plaintiff Diocelina Abazan Sosa's First Amended Complaint ("FAC"), (Dkt. No. 36), and Defendant OneWest Bank, FSB's Motion to Dismiss Plaintiff's FAC, (Dkt. No. 38).  Because Plaintiff has not filed an opposition, the Court GRANTS both motions.

   Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. C.D. CAL. L.R. 7-9.  Additionally, Local Rule 7-12 provides that

"[t]he failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."  C.D. Cal. L.R. 7-12.

    The hearing on Defendants' motions was set for August 23, 2010.  Plaintiff's opposition was therefore due by August 2, 2010.  As of the date of this Order, Plaintiff has not filed an opposition, or any other filing that could be construed as a request for a continuance.  Accordingly, the Court deems Plaintiff's failure to oppose consent to granting the motions to dismiss, and GRANTS both motions.

IT IS SO ORDERED.

Dated: August 20, 2010

                                  DEAN D. PREGERSON
                                  United States District Judge